

5599

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Josephine Amatucci

v.

Dan A. Jimenez


A PETITION IN EQUITY


1.      The Plaintiff is asking the Court to reverse the defendants FRAUDULENT ruling regarding the event that occurred on September 7, 2018, at the Carroll County District Attorney's ...." OFFICE".

2.      The Plaintiff states that Mr. Jimenez  FRAUDULENTLY AND INTENTIONALLY MISREPRESENTED AND MISINTERPRETED the Plaintiff's version of events by FRAUDULENTLY stating that she claimed that Young caused her an Assault of excessive force in the Carroll County ADMINSITRAIVE BUILDING, when the truth was that the Plaintiff told Mr. Jimenez that the crime of Excessive Force by Young on an 80 yeara old elderly person, occurred in the ...."OFFICE"....of the District Attorney, and ............NOT IN THE ADMINSITRATIVE BUILDING ..........while he was escorting her outside the building as he stated.

3.      Please refer to the attached copy of the letter that the Plaintiff sent to Jimenez, accusing him of his FRAUD.

1

4.      Therefore,  this Court must ORDER Jimenez to reverse his fraudulent decsion in finding Young not guilty of causing injury to the Plaintiff, while he was escorting her outside the building, which was a fraudulent misinterpretation of the true version of events as stated by the Plaintiff, when she told him the excessive force occurred INSIDE THE OFFICE of the County Attorney.

5.      That Jimenez will present the court with the Plaintiff's letter she mailed to him explaining why Young must be terminated, showing it all happened inside the office.

6.      The Plaintiff does not want Young PROSECUTED, but he must be terminated for committing this FELONY against an elderly person without PROBABLE CAUSE..

Respectfully,

Josephine Amatucci

January 22, 2022

c.    Dan J. Jimenez

*Josephine Amatucci*

2 a