5596

To :       Dan A. JimeneZ..........criminal bureau

From:     Josephine Amatucci

Re:       Response to your letter of January 14, 2022 regarding Deputy Young

Dear dear Mr. Jiminez:

1.      Your investigation is completely off track on the facts and LAW contained in my Complaint regarding where Deputy Young committed his crime of Excessive Force against me.

2.      I specifically stated in my Complaint that I was attacked by Young inside the .... DISTRICT ATTORNEY'S OFFICE ..... not OUTSIDE of her office..... in the Adminsitrative Building as you stated, when Young was escorting me out the building itself.

3.      When you based your entire investigation on what happened OUTSIDE OF THE COUNTY ATTORNEY'S OFFICE.  This is called ...... INTENTIONALLY AND FRAUDULENTLY MISINTERPRETING AND MISREPRESENTING THE EVIDENCE IN THE CASE.  A Fourth and Fourteenth Amendment violation.

4.      Although the County Attorney's office is located inside the ADMINSIRATIVE BUILDING, my Complaint was based entirely on what occurred inside the ...... "OFFICE"          OF THE COUNTY ATTORNEY. Not in the building where and when Young was escorting me outside the building.

5.      The event, the violation of my Civil Rights by Young the Excessive Force, all occurred inside the OFFICE of the Attorney General, as described clearly in my Complaint obligated you to do your entire investigation inside the County Attorney's office, that you was obligated to investigate the County Attorney herself, investigate the Employee or Employee's of the Count Attorney's office, to get their version of events under oath, and you had the obligation to get the name of the employee who admitted in writing that she took pictures of the event on her IPhone, and get the pictures and recording of the event from her, that was on her IPhone and also you was obligated to get a copy of the video tape from the video camera located in the waiting room of the office of the Attorney General which depicted the entire ASSAULT by Young...... THIS WAS WHAT YOUR INVESTIGATION ENTAILED....not what happened as Young was escorting me outise the building, that your INVESTIGATION had to be based solely on what

occurred inside the OFFICE.

6.      That, in investigating the truth to my Complaint Mr. Jimenez, you don't look for the truth inside the Sheriff's office where they are all defendants in this case, and you don't INTENTIONALLY distort and misinterpret where the Assault took place by Young.

7.      You don't ignore the photogaraph of the injury to my arm and the hospital record of my injury by Young. You don't ignore that this was an ASSUALT of an 80 year old victim, without probable cause which is a FELONY under the law.

8.      Therefore, I am going to file a lawsuit against you Mr. Jimenez, in YOUR INDIVIDUAL STATUS, where you have NO IMMUNITY, where you warred against the Constitution, by violating my civil rights, when you deceitfully and INTENTIONALLY FRAUDULENTLY misrepresented my Complaint, of Excessive Force an ESTABLISHED RIGHT under the Fourth Amendment, under 1983, a violation of Due Process, where there is NO IMMUNITY, by INTENTIALLY committing FRAUD, in violation of my Civil rights where I am allowed damages.

Respectfully,

Josephine Amatucci

January 21, 2022

*Josephine Amatucci*