From: Josephine Amatucci
P.O. Box 272
Wolfeboro Falls, N.H. 03896

BOSTON MA 020
22 JAN 2022  PM 9  L

JAN 22 2022

United States District Court
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135